IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID MUNIZ,

        Plaintiff,

v.                                                                    No. CV 21-301 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER EXTENDING TIME TO FILE ADMINSTRATIVE RECORD AND ANSWER

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed First Motion of Defendant for Extension of Time to File Answer and Certified Administrative Record* (the "Motion"), (Doc. 10), filed June 7, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall have until **August 6, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE