IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID MUNIZ,

        Plaintiff,

v.                                         No. CV 21-301 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER EXTENDING BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 17), filed October 12, 2021. In the Motion, Plaintiff requests a 30-day extension of time to file his motion to reverse and remand the administrative agency decision, as well as the Commissioner's time to respond and Plaintiff's time to reply. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **November 10, 2021**, to file his motion to reverse and remand. The Commissioner shall until **January 10, 2022**, to file a response. Plaintiff shall have until **January 24, 2022**, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.